IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| JONATHAN D. GRAYSON AKA | ) | NO.: 17-31843 |
| JONATHAN DAVID GRAYSON, | ) | |
| | ) | CHAPTER 7 |
| Debtor, | ) | |
| | ) | JUDGE: LAURA K. GRANDY |
| | ) | |

## MOTION TO MODIFY THE AUTOMATIC STAY

NOW COMES Flagstar Bank by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay heretofore entered on the property located at 1321 Cody Dr, Waterloo, Illinois 62298 be Modified stating as follows:

1. On December 5, 2017, the above captioned Chapter 13 was filed. The bankruptcy was converted to a Chapter 7 on December 21, 2018.

2. Flagstar Bank services the first mortgage lien on the property located at 1321 Cody Dr, Waterloo, Illinois 62298.

3. The debt is based on an August 14, 2017, Mortgage and Note in the original sum of $177,045.00.

4. As of January 3, 2019 the funds necessary to pay off Flagstar Bank on the above captioned account were approximately $177,462.71. Additional interest advances and charges may have accrued under the security instrument through the presentment of this motion. The Debtor's schedules list the fair market value of said property at $195,000.00. According to the Debtor's schedules, there are other liens on the property totaling $5,000.00.

5. The account is currently due and owing to Flagstar Bank for the December 2018 current mortgage payment and those thereafter.

6. Attorney's fees and costs for this motion are due in the amount of $931.00.

7. The Debtor has no equity in the property located at 1321 Cody Dr, Waterloo, Illinois 62298 for the benefit of unsecured creditors.

8. Flagstar Bank continues to be injured each day it remains bound by the Automatic Stay.

9. Flagstar Bank is not adequately protected.

10. The property located at 1321 Cody Dr, Waterloo, Illinois 62298 is not necessary for the Debtor's reorganization.

11. The Debtor has scheduled an intention to surrender the property.

12. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT PRAYS that the Automatic Stay be modified and that Bankruptcy Rule 4001(a)(3) should be waived as not applicable, and for such other relief as this Court deems just.

Flagstar Bank

McCalla Raymer Leibert Pierce, LLC

By: /s/Kinnera Bhoopal
Kinnera Bhoopal
Illinois Bar No. 6295897
Attorney for Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
Phone: (312) 346-9088
Fax: (312) 551-4400
Email: ILpleadings@mrpllc.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| JONATHAN D. GRAYSON AKA | ) NO.: 17-31843 |
| JONATHAN DAVID GRAYSON, | ) |
| | ) CHAPTER 7 |
| Debtor, | ) |
| | ) JUDGE: LAURA K. GRANDY |
| | ) |

## SUMMARY OF EXHIBITS

The following exhibit(s) pertain to the Relief of Stay filed by Flagstar Bank on January 18, 2019.

1. Mortgage Documents.

*/s/Kinnera  Bhoopal*
Kinnera  Bhoopal
ARDC# 6295897

## CERTIFICATE OF SERVICE

I, the undersigned, Attorney, Certify that I served a copy of all exhibits listed above by electronic filing or deposited in the United States Mail at 1 North Dearborn St., #1200, Chicago, IL 60602, at or before 5:00 p.m., on January 18, 2019 with proper postage prepaid as address to parties on the service list for the Motion.

*/s/Kinnera  Bhoopal*
Kinnera  Bhoopal
ARDC# 6295897

McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL  60602
(312) 348-9088 X5172

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| JONATHAN D. GRAYSON AKA | ) NO.: 17-31843 |
| JONATHAN DAVID GRAYSON, | ) |
| | ) CHAPTER 7 |
| Debtor, | ) |
| | ) JUDGE: LAURA K. GRANDY |
| | ) |

**Statement pursuant to Southern District of Illinois**
**Local Bankruptcy Rule 4001-2(B)(1)**

Now comes Flagstar Bank by and through its attorneys, McCalla Raymer Leibert Pierce, LLC and pursuant to Southern District of Illinois Local Bankruptcy Rule 4001-2(B)(1), states as follows:

To the best of Flagstar Bank knowledge, information, and belief, Homeplus Finance may have a legal or equitable interest in the property located at 1321 Cody Dr, Waterloo, Illinois 62298.

By:   */s/Kinnera Bhoopal*
Kinnera Bhoopal
ARDC# Bar No. 6295897
McCalla Raymer Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602
Phone: (312) 348-9088 X5172