IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| JONATHAN D. GRAYSON AKA | ) NO.: 17-31843 |
| JONATHAN DAVID GRAYSON, | ) |
| | ) CHAPTER 7 |
| Debtor, | ) |
| | ) JUDGE: LAURA K. GRANDY |
| | ) |

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC
STAY, PROVISION DIRECTING RESPONSE THERETO,
AND SETTING HEARING ON OBJECTIONS, IF ANY**

The above captioned persons shall take notice that a Motion or other request to lift the Automatic Stay in the above captioned bankruptcy has been mailed this date to the U.S. Bankruptcy Court for the Southern District of Illinois, Melvin Price Federal Courthouse, 750 Missouri Ave, East St. Louis, IL 62201. A copy is attached hereto.

Any objections to the attached Motion must be filed with the Court on or before the 1st of February, 2019, with a copy forwarded to McCalla Raymer Leibert Pierce, LLC, 1 N. Dearborn Suite 1200, Chicago, IL 60602.

If no objections to the relief sought are timely filed, the Court will enter an Order granting the Motion.

In the event an objection is filed, a Preliminary Hearing on the Motion will be held before the Court at 9:00 a.m. on the 12th of February, 2019 at U.S. Bankruptcy Court, Melvin Price U.S. Bankruptcy Court, 750 Missouri Ave, East St. Louis, IL 62201. If a party fails to appear in person or by counsel, the Court may proceed with the scheduled hearing and may enter an appropriate order or judgment, including dismissal of the pending motion.

Flagstar Bank

*/s/Kinnera Bhoopal*
Kinnera Bhoopal
ARDC# 6295897

McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 348-9088 X5172

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| JONATHAN D. GRAYSON AKA | ) | NO.: 17-31843 |
| JONATHAN DAVID GRAYSON, | ) | |
| | ) | CHAPTER 7 |
| Debtor, | ) | |
| | ) | JUDGE: LAURA K. GRANDY |
| | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned Attorney, Certify that I served a copy of this Motion to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 N. Dearborn Suite 1200, Chicago, IL 60602 at 5:00 P.M. on January 18, 2019, with proper postage prepaid.

McCalla Raymer Leibert Pierce, LLC

*/s/Kinnera Bhoopal*
Kinnera Bhoopal
ARDC# 6295897

1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

## SERVICE LIST

To Trustee:  *by Electronic Notice through ECF*
Donald M. Samson
226 W. Main Street
Suite 102
Belleville, IL 62220

To U.S. Trustee:  *by Electronic Notice through ECF*
Becker Bldg, Room 1100
401 Main Street
Peoria, Illinois 61602

To Debtor:  *Served via U.S. Mail*
Jonathan D. Grayson aka Jonathan David Grayson
1321 Cody Dr
Waterloo, IL 62298

To Creditor:  *Served via U.S. Mail*
Homeplus Finance
600 Lairport Street
El Segundo, CA 9024

To Attorney:  *by Electronic Notice through ECF*
Christopher B Smith
Dixon and Johnston PC
101 West Main Street
Belleville, IL 62220

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088